# ELECTRONIC RECORD

COA #   03-14-00300-CR                    OFFENSE:   29.03

STYLE:   Gini Lee Taylor v. The State of Texas                    COUNTY:   Bell

COA DISPOSITION:   AFFIRMED                    TRIAL COURT:   27th District Court

DATE: 10/14/14                    Publish: NO   TC CASE #:   71987

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Gini Lee Taylor v. The State of Texas          CCA #:   1495-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _____03/25/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**